UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61074-CIV-ZLOCH

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

vs.

BRIAN ACKERMAN NEIMAN, THE
FORMULA, INC., and THE
FORMULA, LLC,

      Defendants.
_____/

**FINAL JUDGMENT AND PERMANENT
INJUNCTION AS TO
DEFENDANT THE FORMULA, LLC**

    THIS MATTER is before the Court upon the Consent Of Defendant The Formula, LLC (DE 4).  The Court has carefully reviewed said Consent and the entire court file and is otherwise fully advised in the premises.

    Plaintiff Securities and Exchange Commission (hereinafter "the SEC") commenced the above-styled cause with the filing of its Complaint (DE 1) against, among others, Defendant The Formula, LLC. In said Complaint, the SEC sought relief including a permanent injunction to prohibit any violation by Defendant The Formula, LLC of Sections 5(a) and (c) and 17(a)(2) and (a)(3) of the Securities Act of 1933, 15 U.S.C. §§ 77e(a), (c), 77q(a)(2), & (a)(3) (hereinafter "Securities Act").

    Defendant The Formula, LLC, by the instant Consent (DE 4), without admitting or denying any of the allegations in the SEC's Complaint (DE 1), except as to the jurisdiction of the Court, has agreed to the entry of this Final Judgment and Permanent Injunction.  It has also waived findings of fact and conclusions of

law, and waived any right to appeal from this Final Judgment. The Court hereby accepts such consent and waivers, and has jurisdiction over Defendant The Formula, LLC and the subject matter hereof.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil Procedure 58, Final Judgment And Permanent Injunction be and the same is hereby **ENTERED** for Plaintiff Securities And Exchange Commission and against Defendant The Formula, LLC as follows:

## I. Violation Of Sections 5(a) and (c) of the Securities Act

Defendant The Formula, LLC, its agents, servants, employees, attorneys, representatives, and all persons in active concert or participation with them, and each said person, directly or indirectly, who receives actual notice of this Final Judgment And Permanent Injunction, by personal service or otherwise, be and hereby are permanently **ENJOINED** from violating Section 5 of the Securities Act, 15 U.S.C. § 77e, by, directly or indirectly, in the absence of any applicable exemption:

   a. unless a registration statement is in effect as to a security, making use of any means or instruments of transportation or communication in interstate commerce or of the mails to sell such security through the use or medium of any prospectus or otherwise;

   b. unless a registration statement is in effect as to a security, carrying or causing to be carried through the mails or in interstate commerce, by any means or instruments of transportation, any such security for the purpose of sale or

for delivery after sale; or

c. making use of any means or instruments of transportation or communication in interstate commerce or of the mails to offer to sell or offer to buy through the use or medium of any prospectus or otherwise any security, unless a registration statement has been filed with the SEC as to such security, or while the registration statement is the subject of a refusal order or stop order or (prior to the effective date of the registration statement) any public proceeding of examination under Section 8 of the Securities Act, 15 U.S.C. § 77h.

## II. Violation of Sections 17(a)(2) and (a)(3) of the Securities Act

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant The Formula, LLC, its agents, servants, employees, attorneys, representatives, and all persons in active concert or participation with them, and each said person, directly or indirectly, who receives actual notice of this Final Judgment And Permanent Injunction, by personal service or otherwise, be and hereby are permanently **ENJOINED** from violating Sections 17(a)(2) and (a)(3) of the Securities Act, 15 U.S.C. § 77q(a)(2), (a)(3), in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

a. to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not

3

misleading; or

b. to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

### III. <u>Incorporation of The Formula, LLC's Consent</u>

**IT IS FURTHER ORDERED AND ADJUDGED** that the Consent of Defendant The Formula, LLC (DE 4) is incorporated herein with the same force and effect as if fully set forth herein, and that The Formula, Inc. will comply with all of the undertakings and agreements set forth therein.

### IV. <u>Retention of Jurisdiction</u>

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court will retain jurisdiction of the above-styled cause for the purposes of enforcing the terms of this Final Judgment And Permanent Injunction.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    22nd    day of July, 2009.

```
                                    /s/ William J. Zloch
                                    WILLIAM J. ZLOCH
                                    United States District Judge
```

Copies furnished:

All Counsel of Record